B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Punta Gorda Hotel, LLC**  Case No.
Debtor(s)  Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ira Auslander, Esq. Auslander & Alteri 26261 Evergreen Rd., Ste 130 Southfield, MI 48076 | Ira Auslander, Esq. Auslander & Alteri 26261 Evergreen Rd., Ste 130 Southfield, MI 48076 | Services | | 20,000.00 |
| Best Western International 6201 N. 24th Parkway Phoenix, AZ 85016 | Best Western International 6201 N. 24th Parkway Phoenix, AZ 85016 | Trade payables | | 12,565.81 |
| City of Punta Gorda Utility 3103 126 Harvey St. Punta Gorda, FL 33950-3615 | City of Punta Gorda Utility 3103 126 Harvey St. Punta Gorda, FL 33950-3615 | Trade payables | | 3,895.75 |
| City of Punta Gorda Utility 3104 126 Harvey St. Punta Gorda, FL 33950-3615 | City of Punta Gorda Utility 3104 126 Harvey St. Punta Gorda, FL 33950-3615 | Trade payables | | 19.33 |
| City of Punta Gorda Utility 3154 126 Harvey St. Punta Gorda, FL 33950-3615 | City of Punta Gorda Utility 3154 126 Harvey St. Punta Gorda, FL 33950-3615 | Trade payables | | 494.78 |
| Comcast 02-9 PO Box 105257 Atlanta, GA 30348 | Comcast 02-9 PO Box 105257 Atlanta, GA 30348 | Trade payables | | 5,546.32 |
| Fountain Oaks 29850 Northwestern Highway Suit 200 Southfield, MI 48034 | Fountain Oaks 29850 Northwestern Highway Suit 200 Southfield, MI 48034 | Trade payables | | 18,947.88 |
| FPL 60091 General Mail Facility Miami, FL 33188-0001 | FPL 60091 General Mail Facility Miami, FL 33188-0001 | Trade payables | | 15,285.08 |
| FPL 75032 General Mail Facility Miami, FL 33188-0001 | FPL 75032 General Mail Facility Miami, FL 33188-0001 | Trade payables | | 27,854.83 |
| Infinite Energy PO Box 791263 Baltimore, MD 21279-1263 | Infinite Energy PO Box 791263 Baltimore, MD 21279-1263 | Trade payables | | 1,405.33 |

B4 (Official Form 4) (12/07) - Cont.

In re **Punta Gorda Hotel, LLC**  
                Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| TECO<br>PO Box 31017<br>Tampa, FL 33631 | TECO<br>PO Box 31017<br>Tampa, FL 33631 | Trade payables | | 626.92 |
| TrueBlue Pool Supply Inc.<br>2310 Tamiami Trail<br>Punta Gorda, FL 33950 | TrueBlue Pool Supply Inc.<br>2310 Tamiami Trail<br>Punta Gorda, FL 33950 | Trade payables | | 591.70 |
| USA Today<br>305 Seaboard Lane<br>Suite 301<br>Franklin, TN 37067 | USA Today<br>305 Seaboard Lane<br>Suite 301<br>Franklin, TN 37067 | Trade payables | | 147.66 |
| Windstream Communications<br>PO Box 580451<br>Charlotte, NC 28258-0451 | Windstream Communications<br>PO Box 580451<br>Charlotte, NC 28258-0451 | Trade payables | | 792.24 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **November 1, 2011**       Signature  **/s/ Amer Asmar**
                                           **Amer Asmar**
                                           **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.